IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| THOMAS FRAKENBERRY AND SANSANI FRANKENBERRY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>　　　　　Defendant. | Civil Action No.: _____<br><br>**DEFENDANT'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |

Defendant by and through its attorneys, hereby answers Local Civil Rule 26.01 Interrogatories as follows:

(A)　　State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**　　**Whatever subrogation interests may exist are unknown to Defendant.**

(B)　　As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**　　**Defendant requests that this matter be heard by a jury as there are questions of fact.**

(C)　　State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:     Defendant Sig Sauer, Inc. is not publicly traded.  Sig Sauer Inc.'s parent company is L&O Holding GmbH & Co. KG, a German company.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:     Upon present information and belief, Defendant contends this case was removed to the appropriate division.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:     Upon present information and belief, Defendant is not aware of any other matter pending in this District to which this action would be related in whole or in part.**

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:     The Defendant is properly identified.**

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:     This matter is still under investigation by Defendant.  However, at this time, other than the parties to this litigation, Defendant is unaware of any other person or legal entity that may be liable in this matter.**

s/George V. Hanna, IV  
George V. Hanna, IV, Fed, ID # 7419  
Howser, Newman & Besley, LLC  
1508 Washington Street  
P.O. Box 12009  
Columbia, South Carolina 29211  
 (803) 758-6000  
ghanna@hnblaw.com  
Attorneys for Defendant Sig Sauer Inc.

October 22, 2019