# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| THOMAS FRANKENBERRY AND SANSANI FRANKENBERRY, | |
| Plaintiffs, | CASE NO.: 4:19-CV-02990-JD |
| vs. | |
| SIG SAUER, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## DEFENDANT SIG SAUER, INC.'S WITNESS LIST

Defendant SIG SAUER, INC. ("SIG"), through its undersigned counsel, identify the following witnesses who may be called to testify at the trial of this case.

## WITNESSES

Thomas Frankenberry
c/o J. Kenneth Carter, Jr.
Turner Padget Graham & Laney, P.A.
40 Calhoun Street, Suite 200
Columbia, SC 29401

Sansani Frankenberry
c/o J. Kenneth Carter, Jr.
Turner Padget Graham & Laney, P.A.
40 Calhoun Street, Suite 200
Columbia, SC 29401

Joe Jeffery Ard
2669 Crickintree Lane
Darlington, SC 29532

Nate MacDonald
125 Dartmoor Lane
Raleigh, NC 27614

Simeon MacDonald
1000 Allison Shiloh Loop, Unit 1113
Morrisville, NC 27560

Detective Christopher Charles Britt
c/o Horry County Police Department
2560 North Main Street, Suite 7
18 Conway, South Carolina, 29526

Sean Toner
Sig Sauer, Inc.
c/o Littleton Park Joyce Ughetta & Kelly LLP
4 Manhattanville Rd., Suite 202
Purchase, New York 10577

Derek L. Watkins
President and Chief Engineer
Nth-Level, LLC
219 Enterprise Drive
Elizabethtown, KY 42701

Peter Villani
c/o J. Kenneth Carter, Jr.
Turner Padget Graham & Laney, P.A.
40 Calhoun Street, Suite 200
Columbia, SC 29401

                                                Respectfully submitted,

                                                HOWSER, NEWMAN & BESLEY, LLC

December 15, 2021                By:    /s/ George V. Hanna
                                                George V. Hanna, IV (Fed. ID No. 7419)
                                                1508 Washington Street
                                                P.O. Box 12009
                                                Columbia, SC  29211
                                                Phone:  (803) 758-3000
                                                ghanna@hnblaw.com

                                                Robert L. Joyce (*admitted pro hac vice*)
                                                Brian Keith Gibson (*admitted pro hac vice*)
                                                Littleton Park Joyce Ughetta and Kelly LLP
                                                The Centre at Purchase

2

4 Manhattanville Road, Suite 202
Purchase, NY  10577
Phone:  (914) 417-3400
keith.gibson@littletonpark.com

**ATTORNEYS FOR DEFENDANT
SIG SAUER INC.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Megan A. Rushton, Esquire; Joseph Kenneth Carter, Jr., Esquire; and Richard S Dukes, Jr. Esquire**.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **none.**

HOWSER, NEWMAN & BESLEY, LLC

December 15, 2021          By:      /s/ George V. Hanna
George V. Hanna, IV (Fed. ID No. 7419)
1508 Washington Street
P.O. Box 12009
Columbia, SC  29211
Phone:  (803) 758-3000
ghanna@hnblaw.com

Robert L. Joyce (*admitted pro hac vice*)
Brian Keith Gibson (*admitted pro hac vice*)
Littleton Park Joyce Ughetta and Kelly LLP
The Centre at Purchase
4 Manhattanville Road, Suite 202
Purchase, NY  10577
Phone:  (914) 417-3400
keith.gibson@littletonpark.com

**ATTORNEYS FOR DEFENDANT
SIG SAUER INC.**